# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:12-cr-00002-8 |
| v. | ORDER |
| RICHARD PHILLIP ALLEN a/k/a JOLLYIGOR2010@HOTMAIL.COM, *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the government's motion seeking revocation of the release order that was previously entered as to Defendant Richard Phillip Allen ("Defendant"). For the reasons set forth in the accompanying memorandum opinion, the government's motion (docket no. 84) is hereby GRANTED. Accordingly, the order (docket no. 76) setting the conditions of Defendant's pretrial release is hereby REVOKED. Defendant shall remain in custody pending his trial.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this 18th day of May, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE